# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: S. Jain for, Et Al. v. Butler II. Sch.Dist. 543, Et Al.

Case Number: 1:17-cv-0002

An appearance is hereby filed by the undersigned as attorney for:
Plaintiffs

Attorney name (type or print): Richard P. Caro

Firm: Richard P. Caro, J.D.

Street address: 724 North NW Highway, Park Ridge, IL 60068

City/State/Zip: Park Ridge, IL 60068 and 62B Jacksons Run, Santa Rosa Beach, FL 32459

Bar ID Number: NY 1009893
(See item 3 in instructions)

Telephone Number: 312-375-1415

Email Address: rpc29@yahoo.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☐ No |
| Are you a member of the court's trial bar? | ✓ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ✓ Yes | ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 2, 2017

Attorney signature: S/ Richard P. Caro
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015