**24/7 Process Service & Investigations, Inc., dba Cook County Civil Process Service**
230 S. Clark Street, Suite 170, Chicago, IL 60604
Phone: (630) 885-2300        Fax: (630) 620-5533

Shelli Jain
Richard P. Caro, J.D.
724 North NW Highway - Apt. A
Park Ridge, IL, 60068    Telephone: (312) 375-1425    Fax:

**Plaintiff:**    S. JAIN, for her self and as parent of and for her son "A" a minor

**Case Number:**    1:17-CV-00002        **Firm #:**

| Invoice#: | 6580 | Server: | John Valle | | |
|---|---|---|---|---|---|
| **Defendant 1:** | BUTLER SCHOOL DISTRICT 53 c/o VICKI GALVIN | CORPORATE SERVICE | VICKI GALVIN | | |
| **Date of Service** | 01/13/2017 10:02 AM | | | | |
| **Defendant 2:** | HEIDI WENNSTROM | PERSONAL SERVICE | HEIDI WENNSTROM | | |
| **Date of Service** | 01/13/2017 10:03 AM | | | | |
| **Defendant 3:** | BOARD OF EDUCATION c/o VICKI GALVIN | CORPORATE SERVICE | VICKI GALVIN | | |
| **Date of Service** | 01/13/2017 10:04 AM | | | | |
| **Defendant 4:** | LIZ CHUN | CORPORATE SERVICE | HEIDI WENNSTROM | | |
| **Date of Service** | 01/17/2017 12:14 PM | | | | |
| **Defendant 5:** | LISA OWEN | PERSONAL SERVICE | HEIDI WENNSTROM - AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF LISA OWEN | | |
| **Date of Service** | 01/13/2017 10:03 AM | | | | |

**Invoice Date:** 01/23/2017    **Affidavit Date:** 01/23/2017    **Return Date:** 01/18/2017

**Location Of Service:**    2801 York Rd , Oak Brook, Illinois, 60523

| Multiple Papers Same Address | Process Service Fee (local) | Total |
|---|---|---|
| $80.00 | $20.00 | $100.00 |

No payments received

**24/7 Process Service & Investigations, Inc., dba Cook County Civil Process Service**
230 S. Clark Street, Suite 170, Chicago, IL 60604

Phone: (630) 885-2300          Fax: (630) 620-5533

| Invoice#: | 6581 | Server: | John Valle | | |
|---|---|---|---|---|---|
| **Defendant 1:** | HITESH PATEL | | CORPORATE SERVICE | HEIDI WENNSTROM | |
| **Date of Service** | 01/17/2017 12:14 PM | | | | |
| **Defendant 2:** | TODD RUSTENBERG | | CORPORATE SERVICE | HEIDI WENNSTROM | |
| **Date of Service** | 01/17/2017 12:14 PM | | | | |
| **Defendant 3:** | ALAN KUMAR | | CORPORATE SERVICE | HEIDI WENNSTROM | |
| **Date of Service** | 01/17/2017 12:14 PM | | | | |
| **Defendant 4:** | LOU PASKALIDES | | CORPORATE SERVICE | HEIDI WENNSTROM | |
| **Date of Service** | 01/17/2017 12:14 PM | | | | |
| **Defendant 5:** | ALAN HANZLIK | | CORPORATE SERVICE | HEIDI WENNSTROM | |
| **Date of Service** | 01/17/2017 12:14 PM | | | | |

**Invoice Date:** 01/23/2017      **Affidavit Date:** 01/23/2017      **Return Date:** 01/18/2017

**Location Of Service:**      2801 York Rd , Oak Brook, Illinois, 60523

| Multiple Papers Same Address | Total |
|---|---|
| $100.00 | $100.00 |

No payments received

| Invoice#: | 6582 | Server: | John Valle | |
|---|---|---|---|---|
| **Defendant 1:** | RAJIV ADVANI | | PERSONAL SERVICE | RAJIV ADVANI |
| **Date of Service** | 01/14/2017 7:15 AM | | | |

**Invoice Date:** 01/23/2017      **Affidavit Date:** 01/23/2017      **Return Date:** 01/18/2017

**Location Of Service:**      24 Chatham Ln , Oak Brook, Illinois, 60523

| Process Service Fee (local) | Total |
|---|---|
| $60.00 | $60.00 |

| Payment Date | Payment Amount | Check / Reference No |
|---|---|---|
| 01/11/2017 | 60.00 | 27499517 |

**24/7 Process Service & Investigations, Inc., dba Cook County Civil Process Service**
230 S. Clark Street, Suite 170, Chicago, IL 60604

Phone: (630) 885-2300          Fax: (630) 620-5533

| Invoice#: | 6583 | Server: | John Valle |
|---|---|---|---|

| Defendant 1: | CAROLINE ROSELLI at ROBBINS SCHWARTZ LAW FIRM | CORPORATE SERVICE | NICOLE CLARK - DIRECTOR OF FIRM OPERATIONS - AUTHORIZED TO ACCEPT SOP |
|---|---|---|---|
| **Date of Service** | 01/13/2017 3:03 PM | | |

**Invoice Date:** 01/23/2017     **Affidavit Date:** 01/23/2017     **Return Date:** 01/18/2017

**Location Of Service:** 55 W Monroe St STE. 800, Chicago, Illinois, 60603

| Process Service Fee (local) | Total |
|---|---|
| $80.00 | $80.00 |

| **Payment Date** | **Payment Amount** | **Check / Reference No** |
|---|---|---|
| 01/11/2017 | 80.00 | 27499517 |

| Invoice#: | 6584 | Server: | John Valle |
|---|---|---|---|

| Defendant 1: | LIBBY N. MASSEY at HOMELAND SECURITY | PERSONAL SERVICE | LIBBY MASSEY |
|---|---|---|---|
| **Date of Service** | 01/13/2017 3:34 PM | | |

**Invoice Date:** 01/23/2017     **Affidavit Date:** 01/23/2017     **Return Date:** 01/18/2017

**Location Of Service:** 610 S Canal St STE. 767, Chicago, Illinois, 60607

| Process Service Fee (local) | Total |
|---|---|
| $80.00 | $80.00 |

| **Payment Date** | **Payment Amount** | **Check / Reference No** |
|---|---|---|
| 01/11/2017 | 80.00 | 27499517 |

| Invoice#: | 6585 | Server: | William Sheehan |
|---|---|---|---|

| Defendant 1: | KELLY VOLIVA | PERSONAL SERVICE | Kelly Voliva |
|---|---|---|---|
| **Date of Service** | 01/13/2017 7:38 AM | | |

**Invoice Date:** 01/14/2017     **Affidavit Date:** 01/14/2017     **Return Date:** 01/18/2017

**Location Of Service:** 13080 Waverly Ct , St John, Indiana, 46373

| Process Service Fee (local) | Total |
|---|---|
| $80.00 | $80.00 |

| **Payment Date** | **Payment Amount** | **Check / Reference No** |
|---|---|---|
| 01/11/2017 | 80.00 | 27499517 |

**Total Charges:**

| Process Service Fee (local) | Multiple Papers Same Address | Penalty Amount | Total | | | |
|---|---|---|---|---|---|---|
| $320.00 | $180.00 | $0.00 | $500.00 | | | |

|  |  |
|---|---|
| **Total Invoiced:** | $500.00 |
| **Amount Received:** | $300.00 |
| **Penalty Amount:** | $0.00 |
| **Balance Due:** | $200.00 |

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number **1:17-CV-00002**

S. JAIN, FOR HER SELF AND AS PARENT
OF AND FOR HER SON "A" A MINOR
v.

**BUTLER SCHOOL DISTRICT 53**

I, **JOHN VALLE**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

## CORPORATE SERVICE

THAT I SERVED THE WITHIN

ON THE WITHIN NAMED DEFENDANT

PERSON SERVED

**SUMMONS IN A CIVIL CASE, COMPLAINT, ATTORNEY LETTER, COPY OF EMAIL OF "NOTICE OF ELECTRONIC FILING", EXHIBIT(S) BUTLER SCHOOL DISTRICT 53 C/O VICKI GALVIN**

**VICKI GALVIN**

BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT                    **1/13/2017**

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| | | | | | |
|---|---|---|---|---|---|
| **Sex** | FEMALE | **Race** | WHITE | **Age** | 60 |
| **Height** | 5'5" | **Build** | MEDIUM | **Hair** | SALT & PEPPER |

LOCATION OF SERVICE     **2801 YORK RD**

**OAK BROOK, ILLINOIS 60523**

Service GPS               **-87.92801 41.83903**

Date Of Service          **1/13/2017**

Time                     **10:02 AM**

JOHN VALLE                                              1/25/2017

**SPECIAL PROCESS SERVER**          115-002281

UNDER PENALTIES OF PERJURY AS PROVIDED BY LAW PURSUANT TO SECTION 1-109 OF THE CODE OF CIVIL PROCEDURE, THE UNDERSIGNED CERTIFIES THAT THE STATEMENT ARE TRUE AND CORRECT, EXCEPT AS TO MATTERS THEREIN STATED TO BE ON INFORMATION AND BELIEF AND SUCH MATTERS THE UNDERSIGNED CERTIFIES AS AFORESAID THAT HE/SHE VERILY BELIEVES SAME TO BE TRUE.

JOHN VALLE                                              1/25/2017

Total:   **$100.00**

*6580A*

Law Firm ID: **RICHARD P. CARO, J.D.**          Firm #                    Case Return Date: **01/18/2017**

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>JANUARY 13, 2017 | |
| NAME OF SERVER *(PRINT)*<br>JOHN VALLE | TITLE<br>PROCESS SERVER | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  Served Butler School District 53 c/o Ms. Vicki Galvin

### STATEMENT OF SERVICE FEES

| TRAVEL<br>$0.00 | SERVICES<br>$20.00 | TOTAL<br>$20.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  January 25, 2017
        Date            Signature of Server

230 S. Clark Street, Ste. 170, Chicago, IL 60604
        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number **1:17-CV-00002**

S. JAIN, FOR HER SELF AND AS PARENT
OF AND FOR HER SON "A" A MINOR
v.

**BUTLER SCHOOL DISTRICT 53**

I, **JOHN VALLE**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

# CORPORATE SERVICE

| | |
|---|---|
| THAT I SERVED THE WITHIN | **SUMMONS IN A CIVIL CASE, COMPLAINT, ATTORNEY LETTER, COPY OF EMAIL OF "NOTICE OF ELECTRONIC FILING", EXHIBIT(S)** |
| ON THE WITHIN NAMED DEFENDANT | **BOARD OF EDUCATION C/O VICKI GALVIN** |
| PERSON SERVED | **VICKI GALVIN** |
| BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT | **1/13/2017** |

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| | | | | | |
|---|---|---|---|---|---|
| **Sex** | FEMALE | **Race** | WHITE | **Age** | 60 |
| **Height** | 5'5" | **Build** | MEDIUM | **Hair** | SALT & PEPPER |

LOCATION OF SERVICE **2801 YORK RD**

**OAK BROOK, ILLINOIS 60523**

| | |
|---|---|
| Service GPS | -87.928 41.83904 |
| Date Of Service | **1/13/2017** |
| Time | **10:04 AM** |

**JOHN VALLE**                                        **1/25/2017**

**SPECIAL PROCESS SERVER**          115-002281

UNDER PENALTIES OF PERJURY AS PROVIDED BY LAW PURSUANT TO SECTION 1-109 OF THE CODE OF CIVIL PROCEDURE, THE UNDERSIGNED CERTIFIES THAT THE STATEMENT ARE TRUE AND CORRECT, EXCEPT AS TO MATTERS THEREIN STATED TO BE ON INFORMATION AND BELIEF AND SUCH MATTERS THE UNDERSIGNED CERTIFIES AS AFORESAID THAT HE/SHE VERILY BELIEVES SAME TO BE TRUE.

**JOHN VALLE**                                        **1/25/2017**

*6580A*

Law Firm ID: **RICHARD P. CARO, J.D.**          Firm #          Case Return Date: **01/18/2017**

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>JANUARY 13, 2017 |
| NAME OF SERVER *(PRINT)*<br>JOHN VALLE | TITLE<br>PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  Served Board of Education c/o Ms. Vicki Galvin

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0.00 | $20.00 | $20.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  January 25, 2017 _____
           Date            Signature of Server

230 S. Clark Street, Ste. 170, Chicago, IL 60604 _____
           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number   **1:17-CV-00002**

S. JAIN, FOR HER SELF AND AS PARENT
OF AND FOR HER SON "A" A MINOR
v.

**BUTLER SCHOOL DISTRICT 53**

I, JOHN VALLE

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

## PERSONAL SERVICE

THAT I SERVED THE WITHIN        **SUMMONS IN A CIVIL CASE, COMPLAINT, ATTORNEY LETTER, COPY OF EMAIL OF "NOTICE OF ELECTRONIC FILING", EXHIBIT(S)**

ON THE WITHIN NAMED DEFENDANT   **HEIDI WENNSTROM - AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF LISA OWEN**

BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT PERSONALLY    **1/13/2017**

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| | | | | | |
|---|---|---|---|---|---|
| **Sex** | FEMALE | **Race** | WHITE | **Age** | 50S |
| **Height** | 5'8" | **Build** | MEDIUM | **Hair** | BLONDE |

LOCATION OF SERVICE **2801 YORK RD**

                     **OAK BROOK, ILLINOIS 60523**

Date Of Service    **1/13/2017**

Time         **10:03 AM**

JOHN VALLE                **1/25/2017**

**SPECIAL PROCESS SERVER**    115-002281

UNDER PENALTIES OF PERJURY AS PROVIDED BY LAW PURSUANT TO SECTION 1-109 OF THE CODE OF CIVIL PROCEDURE, THE UNDERSIGNED CERTIFIES THAT THE STATEMENT ARE TRUE AND CORRECT, EXCEPT AS TO MATTERS THEREIN STATED TO BE ON INFORMATION AND BELIEF AND SUCH MATTERS THE UNDERSIGNED CERTIFIES AS AFORESAID THAT HE/SHE VERILY BELIEVES SAME TO BE TRUE.

JOHN VALLE                **1/25/2017**



*6580A*

Law Firm ID: **RICHARD P. CARO, J.D.**    Firm #        Case Return Date: **01/18/2017**

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE JANUARY 13, 2017 |
|---|---|
| NAME OF SERVER *(PRINT)* JOHN VALLE | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): **Served Ms. Heidi Wennstrom on behalf of Ms. Lisa Owen**

### STATEMENT OF SERVICE FEES

| TRAVEL $0.00 | SERVICES $20.00 | TOTAL $20.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **January 25, 2017**
        Date          *Signature of Server*

**230 S. Clark Street, Ste. 170, Chicago, IL 60604**
         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number **1:17-CV-00002**

**S. JAIN, FOR HER SELF AND AS PARENT
OF AND FOR HER SON "A" A MINOR**
v.

**BUTLER SCHOOL DISTRICT 53**

**I, JOHN VALLE**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

## PERSONAL SERVICE

THAT I SERVED THE WITHIN      **SUMMONS IN A CIVIL CASE, COMPLAINT, ATTORNEY LETTER, COPY OF EMAIL OF "NOTICE OF ELECTRONIC FILING", EXHIBIT(S)**

ON THE WITHIN NAMED DEFENDANT      **HEIDI WENNSTROM**

BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT PERSONALLY      **1/13/2017**

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| | | | | | | |
|---|---|---|---|---|---|---|
| **Sex** | FEMALE | **Race** | WHITE | **Age** | 50S | |
| **Height** | 5'8" | **Build** | MEDIUM | **Hair** | BLONDE | |

LOCATION OF SERVICE **2801 YORK RD**

**OAK BROOK, ILLINOIS 60523**

| | |
|---|---|
| Service GPS | **-87.92801 41.83904** |
| Date Of Service | **1/13/2017** |
| Time | **10:03 AM** |

JOHN VALLE      **1/25/2017**

**SPECIAL PROCESS SERVER**    115-002281

UNDER PENALTIES OF PERJURY AS PROVIDED BY LAW PURSUANT TO SECTION 1-109 OF THE CODE OF CIVIL PROCEDURE, THE UNDERSIGNED CERTIFIES THAT THE STATEMENT ARE TRUE AND CORRECT, EXCEPT AS TO MATTERS THEREIN STATED TO BE ON INFORMATION AND BELIEF AND SUCH MATTERS THE UNDERSIGNED CERTIFIES AS AFORESAID THAT HE/SHE VERILY BELIEVES SAME TO BE TRUE.

JOHN VALLE      **1/25/2017**



*6580A*

Law Firm ID: **RICHARD P. CARO, J.D.**    Firm #    Case Return Date: **01/18/2017**

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>JANUARY 13, 2017 |
| NAME OF SERVER *(PRINT)*<br>JOHN VALLE | TITLE<br>PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:  Ms. Heidi Wennstrom at: 2801 York Rd., Oak Brook, IL 60523

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL<br>$0.00 | SERVICES<br>$20.00 | TOTAL<br>$20.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __January 25, 2017_____
          Date                Signature of Server

230 S. Clark Street, Ste. 170, Chicago, IL 60604
               Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number **1:17-CV-00002**

S. JAIN, FOR HER SELF AND AS PARENT
OF AND FOR HER SON "A" A MINOR
v.

**BUTLER SCHOOL DISTRICT 53**

I, **JOHN VALLE**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

# CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS IN A CIVIL CASE, COMPLAINT, ATTORNEY LETTER, COPY OF EMAIL OF "NOTICE OF ELECTRONIC FILING", EXHIBIT(S)**

ON THE WITHIN NAMED DEFENDANT **ALAN KUMAR**

PERSON SERVED **HEIDI WENNSTROM**

BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT **1/17/2017**

SERVED MS. HEIDI WENNSTROM ON BEHALF OF MR. ALAN KUMAR. LEGAL DOCUMENTS WERE LEFT ON THE RECEPTION AREA COUNTER IN THE OFFICE WHERE MS. WENNSTROM INFORMED ME THAT SHE WOULD NOT TAKE/ACCEPT THE DOCUMENTS FROM MY HAND.

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| | Sex | FEMALE | Race | WHITE | Age | 50S |
| --- | --- | --- | --- | --- | --- | --- |
| | Height | 5'8" | Build | MEDIUM | Hair | BLONDE |

LOCATION OF SERVICE **2801 YORK RD**

**OAK BROOK, ILLINOIS 60523**

Date Of Service **1/17/2017**

Time **12:14 PM**

JOHN VALLE **1/25/2017**

**SPECIAL PROCESS SERVER** 115-002281

UNDER PENALTIES OF PERJURY AS PROVIDED BY LAW PURSUANT TO SECTION 1-109 OF THE CODE OF CIVIL PROCEDURE, THE UNDERSIGNED CERTIFIES THAT THE STATEMENT ARE TRUE AND CORRECT, EXCEPT AS TO MATTERS THEREIN STATED TO BE ON INFORMATION AND BELIEF AND SUCH MATTERS THE UNDERSIGNED CERTIFIES AS AFORESAID THAT HE/SHE VERILY BELIEVES SAME TO BE TRUE.

JOHN VALLE **1/25/2017**

*6581A*

Law Firm ID: **RICHARD P. CARO, J.D.**        Firm #        Case Return Date: **01/18/2017**

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE JANUARY 17, 2017 |
| NAME OF SERVER *(PRINT)* JOHN VALLE | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): Served Ms. Heidi Wennstrom on behalf of Mr. Alan Kumar. Legal documents were left on the reception area counter in the office were Ms. Wennstrom informed me that she would not take/accept the documents from my hand.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0.00 | $20.00 | $20.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on January 25, 2017

Date        Signature of Server

230 S. Clark Street, Ste. 170, Chicago, IL 60604

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number   **1:17-CV-00002**

**S. JAIN, FOR HER SELF AND AS PARENT
OF AND FOR HER SON "A" A MINOR**
v.

**BUTLER SCHOOL DISTRICT 53**

I,  **JOHN VALLE**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

## CORPORATE SERVICE

THAT I SERVED THE WITHIN

ON THE WITHIN NAMED DEFENDANT

PERSON SERVED

**SUMMONS IN A CIVIL CASE, COMPLAINT, ATTORNEY LETTER, COPY
OF EMAIL OF "NOTICE OF ELECTRONIC FILING", EXHIBIT(S)**
**TODD RUSTENBERG**

**HEIDI WENNSTROM**

BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT                           **1/17/2017**

SERVED MS. HEIDI WENNSTROM ON BEHALF OF MR. TODD RUSTENBERG.  LEGAL DOCUMENTS WERE LEFT
ON THE RECEPTION AREA COUNTER IN THE OFFICE WHERE MS. WENNSTROM INFORMED ME THAT SHE
WOULD NOT TAKE/ACCEPT THE DOCUMENTS FROM MY HAND.

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| Sex | FEMALE | Race | WHITE | Age | 50S |
|---|---|---|---|---|---|
| Height | 5'8" | Build | MEDIUM | Hair | BLONDE |

LOCATION OF SERVICE   **2801 YORK RD**

**OAK BROOK, ILLINOIS 60523**

Date Of Service          **1/17/2017**

Time                          **12:14 PM**

JOHN VALLE                                                        **1/25/2017**

**SPECIAL PROCESS SERVER**          115-002281

UNDER PENALTIES OF PERJURY AS PROVIDED BY LAW PURSUANT TO SECTION 1-109 OF THE CODE OF CIVIL
PROCEDURE, THE UNDERSIGNED CERTIFIES THAT THE STATEMENT ARE TRUE AND CORRECT, EXCEPT AS TO
MATTERS THEREIN STATED TO BE ON INFORMATION AND BELIEF AND SUCH MATTERS THE UNDERSIGNED
CERTIFIES AS AFORESAID THAT HE/SHE VERILY BELIEVES SAME TO BE TRUE.



JOHN VALLE                                                        **1/25/2017**

*6581A*

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE JANUARY 17, 2017 |
|---|---|
| NAME OF SERVER *(PRINT)* JOHN VALLE | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): Served Ms. Heidi Wennstrom on behalf of Mr. Todd Rustenberg. Legal documents were left on the reception area counter in the office were Ms. Wennstrom informed me that she would not take/accept the documents from my hand.

## STATEMENT OF SERVICE FEES

| TRAVEL $0.00 | SERVICES $20.00 | TOTAL $20.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  January 25, 2017
  _____ / _____
  Date                              Signature of Server

230 S. Clark Street, Ste. 170, Chicago, IL 60604
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number    **1:17-CV-00002**

**S. JAIN, FOR HER SELF AND AS PARENT OF AND FOR HER SON "A" A MINOR**
v.

**BUTLER SCHOOL DISTRICT 53**

I,  **JOHN VALLE**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

## CORPORATE SERVICE

| | |
|---|---|
| THAT I SERVED THE WITHIN | **SUMMONS IN A CIVIL CASE, COMPLAINT, ATTORNEY LETTER, COPY OF EMAIL OF "NOTICE OF ELECTRONIC FILING", EXHIBIT(S)** |
| ON THE WITHIN NAMED DEFENDANT | **ALAN HANZLIK** |
| PERSON SERVED | **HEIDI WENNSTROM** |

BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT                **1/17/2017**

SERVED MS. HEIDI WENNSTROM ON BEHALF OF MR. ALAN HANZLIK. LEGAL DOCUMENTS WERE LEFT ON THE RECEPTION AREA COUNTER IN THE OFFICE WHERE MS. WENNSTROM INFORMED ME THAT SHE WOULD NOT TAKE/ACCEPT THE DOCUMENTS FROM MY HAND.

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| | | | | | |
|---|---|---|---|---|---|
| **Sex** | FEMALE | **Race** | WHITE | **Age** | 50S |
| **Height** | 5'8" | **Build** | MEDIUM | **Hair** | BLONDE |

LOCATION OF SERVICE    **2801 YORK RD**

**OAK BROOK, ILLINOIS 60523**

Date Of Service        **1/17/2017**

Time                **12:14 PM**

JOHN VALLE                                            1/25/2017

**SPECIAL PROCESS SERVER**        115-002281

UNDER PENALTIES OF PERJURY AS PROVIDED BY LAW PURSUANT TO SECTION 1-109 OF THE CODE OF CIVIL PROCEDURE, THE UNDERSIGNED CERTIFIES THAT THE STATEMENT ARE TRUE AND CORRECT, EXCEPT AS TO MATTERS THEREIN STATED TO BE ON INFORMATION AND BELIEF AND SUCH MATTERS THE UNDERSIGNED CERTIFIES AS AFORESAID THAT HE/SHE VERILY BELIEVES SAME TO BE TRUE.

JOHN VALLE                                            1/25/2017

Total:  **$100.00**

*6581A*

Law Firm ID:  **RICHARD P. CARO, J.D.**        Firm #        Case Return Date:  **01/18/2017**

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE<br>JANUARY 17, 2017 |
|---|---|

| NAME OF SERVER *(PRINT)*<br>JOHN VALLE | TITLE<br>PROCESS SERVER |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify):  Served Ms. Heidi Wennstrom on behalf of Mr. Alan Hanzlik.  Legal documents were left on the reception area counter in the office were Ms. Wennstrom informed me that she would not take/accept the documents from my hand.

### STATEMENT OF SERVICE FEES

| TRAVEL<br>$0.00 | SERVICES<br>$20.00 | TOTAL<br>$20.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 25, 2017
_____         _____
Date                                    Signature of Server

230 S. Clark Street, Ste. 170, Chicago, IL 60604
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number **1:17-CV-00002**

**S. JAIN, FOR HER SELF AND AS PARENT OF AND FOR HER SON "A" A MINOR**
v.

**BUTLER SCHOOL DISTRICT 53**

I, **JOHN VALLE**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

## CORPORATE SERVICE

THAT I SERVED THE WITHIN

ON THE WITHIN NAMED DEFENDANT

PERSON SERVED

**SUMMONS IN A CIVIL CASE, COMPLAINT, ATTORNEY LETTER, COPY OF EMAIL OF "NOTICE OF ELECTRONIC FILING", EXHIBIT(S)**

**LOU PASKALIDES**

**HEIDI WENNSTROM**

BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT            **1/17/2017**

SERVED MS. HEIDI WENNSTROM ON BEHALF OF MR. LOU PASKALIDES. LEGAL DOCUMENTS WERE LEFT ON THE RECEPTION AREA COUNTER IN THE OFFICE WHERE MS. WENNSTROM INFORMED ME THAT SHE WOULD NOT TAKE/ACCEPT THE DOCUMENTS FROM MY HAND.

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| | | | | | |
|---|---|---|---|---|---|
| **Sex** | FEMALE | **Race** | WHITE | **Age** | 50S |
| **Height** | 5'8" | **Build** | MEDIUM | **Hair** | BLONDE |

LOCATION OF SERVICE   **2801 YORK RD**

**OAK BROOK, ILLINOIS 60523**

Date Of Service      **1/17/2017**

Time                 **12:14 PM**

JOHN VALLE                                    **1/25/2017**

**SPECIAL PROCESS SERVER**        115-002281

UNDER PENALTIES OF PERJURY AS PROVIDED BY LAW PURSUANT TO SECTION 1-109 OF THE CODE OF CIVIL PROCEDURE, THE UNDERSIGNED CERTIFIES THAT THE STATEMENT ARE TRUE AND CORRECT, EXCEPT AS TO MATTERS THEREIN STATED TO BE ON INFORMATION AND BELIEF AND SUCH MATTERS THE UNDERSIGNED CERTIFIES AS AFORESAID THAT HE/SHE VERILY BELIEVES SAME TO BE TRUE.

JOHN VALLE                                    **1/25/2017**

*6581A*

Law Firm ID: **RICHARD P. CARO, J.D.**      Firm #      Case Return Date: **01/18/2017**

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE JANUARY 17, 2017 |
|---|---|
| NAME OF SERVER *(PRINT)* JOHN VALLE | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): Served Ms. Heidi Wennstrom on behalf of Mr. Lou Paskalides.  Legal documents were left on the reception area counter in the office were Ms. Wennstrom informed me that she would not take/accept the documents from my hand.

### STATEMENT OF SERVICE FEES

| TRAVEL $0.00 | SERVICES $20.00 | TOTAL $20.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __January 25, 2017__
         Date                *Signature of Server*

230 S. Clark Street, Ste. 170, Chicago, IL 60604
          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number    **1:17-CV-00002**

**S. JAIN, FOR HER SELF AND AS PARENT OF AND FOR HER SON "A" A MINOR**
v.

**BUTLER SCHOOL DISTRICT 53**

I,  **JOHN VALLE**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

# CORPORATE SERVICE

THAT I SERVED THE WITHIN

ON THE WITHIN NAMED DEFENDANT

PERSON SERVED

**SUMMONS IN A CIVIL CASE, COMPLAINT, ATTORNEY LETTER, COPY OF EMAIL OF "NOTICE OF ELECTRONIC FILING", EXHIBIT(S)**

**HITESH PATEL**

**HEIDI WENNSTROM**

BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT                    **1/17/2017**

SERVED MS. HEIDI WENNSTROM ON BEHALF OF MR. HITESH PATEL. LEGAL DOCUMENTS WERE LEFT ON THE RECEPTION AREA COUNTER IN THE OFFICE WHERE MS. WENNSTROM INFORMED ME THAT SHE WOULD NOT TAKE/ACCEPT THE DOCUMENTS FROM MY HAND.

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| **Sex** | FEMALE | **Race** | WHITE | **Age** | 50S |
|---|---|---|---|---|---|
| **Height** | 5'8" | **Build** | MEDIUM | **Hair** | BLONDE |

LOCATION OF SERVICE    **2801 YORK RD**

**OAK BROOK, ILLINOIS 60523**

Date Of Service          **1/17/2017**

Time                          **12:14 PM**



JOHN VALLE                                                                **1/25/2017**

**SPECIAL PROCESS SERVER**                    115-002281

UNDER PENALTIES OF PERJURY AS PROVIDED BY LAW PURSUANT TO SECTION 1-109 OF THE CODE OF CIVIL PROCEDURE, THE UNDERSIGNED CERTIFIES THAT THE STATEMENT ARE TRUE AND CORRECT, EXCEPT AS TO MATTERS THEREIN STATED TO BE ON INFORMATION AND BELIEF AND SUCH MATTERS THE UNDERSIGNED CERTIFIES AS AFORESAID THAT HE/SHE VERILY BELIEVES SAME TO BE TRUE.

JOHN VALLE                                                                **1/25/2017**

*6581A*

Law Firm ID:  **RICHARD P. CARO, J.D.**          Firm #                    Case Return Date:  **01/18/2017**

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE JANUARY 17, 2017 |
|---|---|
| NAME OF SERVER *(PRINT)* JOHN VALLE | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify):  Served Ms. Heidi Wennstrom on behalf of Mr. Hitesh Patel. Legal documents were left on the reception area counter in the office were Ms. Wennstrom informed me that she would not take/accept the documents from my hand.

### STATEMENT OF SERVICE FEES

| TRAVEL $0.00 | SERVICES $20.00 | TOTAL $20.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 25, 2017
_____        _____
               Date                                Signature of Server

230 S. Clark Street, Ste. 170, Chicago, IL 60604
_____
                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number    **1:17-CV-00002**

**S. JAIN, FOR HER SELF AND AS PARENT
OF AND FOR HER SON "A" A MINOR**
v.

**BUTLER SCHOOL DISTRICT 53**

I,  **JOHN VALLE**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

# CORPORATE SERVICE

THAT I SERVED THE WITHIN

ON THE WITHIN NAMED DEFENDANT

PERSON SERVED

**SUMMONS IN A CIVIL CASE, COMPLAINT, ATTORNEY LETTER, COPY OF EMAIL OF "NOTICE OF ELECTRONIC FILING", EXHIBIT(S)
LIZ CHUN**

**HEIDI WENNSTROM**

BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT                    **1/17/2017**

SERVED MS. HEIDI WENNSTROM ON BEHALF OF MS. LIZ CHUN.  LEGAL DOCUMENTS WERE LEFT ON THE RECEPTION AREA COUNTER IN THE OFFICE WHERE MS. WENNSTROM INFORMED ME THAT SHE WOULD NOT TAKE/ACCEPT THE DOCUMENTS FROM MY HAND.

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| | | | | | |
|---|---|---|---|---|---|
| **Sex** | FEMALE | **Race** | WHITE | **Age** | 50S |
| **Height** | 5'8" | **Build** | MEDIUM | **Hair** | BLONDE |

LOCATION OF SERVICE    **2801 YORK RD**

**OAK BROOK, ILLINOIS 60523**

Service GPS           **-87.92806 41.83867**

Date Of Service       **1/17/2017**

Time                  **12:14 PM**



JOHN VALLE                                    **1/25/2017**

**SPECIAL PROCESS SERVER**        115-002281

UNDER PENALTIES OF PERJURY AS PROVIDED BY LAW PURSUANT TO SECTION 1-109 OF THE CODE OF CIVIL PROCEDURE, THE UNDERSIGNED CERTIFIES THAT THE STATEMENT ARE TRUE AND CORRECT, EXCEPT AS TO MATTERS THEREIN STATED TO BE ON INFORMATION AND BELIEF AND SUCH MATTERS THE UNDERSIGNED CERTIFIES AS AFORESAID THAT HE/SHE VERILY BELIEVES SAME TO BE TRUE.

JOHN VALLE                                    **1/25/2017**

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE JANUARY 17, 2017 |
| NAME OF SERVER *(PRINT)* JOHN VALLE | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served Ms. Heidi Wennstrom on behalf of Ms. Liz Chun.  Legal documents were left on the reception area counter in the office were Ms. Wennstrom informed me that she would not take/accept the documents from my hand.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0.00 | $20.00 | $20.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __January 25, 2017__
_____Date_____ _____Signature of Server_____

230 S. Clark Street, Ste. 170, Chicago, IL 60604
_____Address of Server_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number    **1:17-CV-00002**

**S. JAIN, FOR HER SELF AND AS PARENT OF AND FOR HER SON "A" A MINOR**
v.

**BUTLER SCHOOL DISTRICT 53**

**I, JOHN VALLE**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

## PERSONAL SERVICE

THAT I SERVED THE WITHIN          **SUMMONS IN A CIVIL CASE, COMPLAINT, ATTORNEY LETTER, COPY OF EMAIL OF "NOTICE OF ELECTRONIC FILING", EXHIBIT(S)**

ON THE WITHIN NAMED DEFENDANT          **RAJIV ADVANI**

BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT PERSONALLY          **1/14/2017**

DEFENDANT DECLINED TO TAKE THE LEGAL DOCUMENTS FROM MY HAND I PLACED THE DOCUMENTS ON THE STOOP NEXT TO THE DOOR PER HIS REQUEST AS I RETURN TO MY VEHICLE I LOOK BACK AT THE FRONT DOOR THE ENVELOPE CONTAINING THE LISTED SERVICE DOCUMENTS WAS NOT VISIBLE AT THE DOOR.

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| | | | | | |
|---|---|---|---|---|---|
| **Sex** | MALE | **Race** | EAST INDIAN | **Age** | 49 |
| **Height** | 5'9" | **Build** | AVERAGE | **Hair** | BALDING |

LOCATION OF SERVICE **24 CHATHAM LN**

**OAK BROOK, ILLINOIS 60523**

Service GPS          -87.92532 41.83644

Date Of Service     **1/14/2017**

Time                **7:15 AM**

JOHN VALLE          **1/23/2017**

**SPECIAL PROCESS SERVER**          115-002281

UNDER PENALTIES OF PERJURY AS PROVIDED BY LAW PURSUANT TO SECTION 1-109 OF THE CODE OF CIVIL PROCEDURE, THE UNDERSIGNED CERTIFIES THAT THE STATEMENT ARE TRUE AND CORRECT, EXCEPT AS TO MATTERS THEREIN STATED TO BE ON INFORMATION AND BELIEF AND SUCH MATTERS THE UNDERSIGNED CERTIFIES AS AFORESAID THAT HE/SHE VERILY BELIEVES SAME TO BE TRUE.

JOHN VALLE          **1/23/2017**

Total:  **$60.00**


*6582A*

Law Firm ID: **RICHARD P. CARO, J.D.**          Firm #          Case Return Date: **01/18/2017**

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[1] || DATE<br>JANUARY 25, 2017 |
| NAME OF SERVER *(PRINT)*<br>JOHN VALLE || TITLE<br>PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:    Rajiv Advani at: 24 Chatham Ln., Oak Brook, IL 60523

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL<br>$0.00 | SERVICES<br>$60.00 | TOTAL<br>$60.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    January 25, 2017
                    Date                         Signature of Server

230 S. Clark Street, Ste. 170, Chicago, IL 60604
                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Affidavit of **SPECIAL PROCESS SERVER**

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number **1:17-CV-00002**

S. JAIN, FOR HER SELF AND AS PARENT
OF AND FOR HER SON "A" A MINOR
v.

**BUTLER SCHOOL DISTRICT 53**

I, **JOHN VALLE**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

## CORPORATE SERVICE

THAT I SERVED THE WITHIN

ON THE WITHIN NAMED DEFENDANT

PERSON SERVED

**SUMMONS IN A CIVIL CASE, COMPLAINT, ATTORNEY LETTER, COPY OF EMAIL OF "NOTICE OF ELECTRONIC FILING", EXHIBIT(S)**
**CAROLINE ROSELLI AT ROBBINS SCHWARTZ LAW FIRM**

**NICOLE CLARK - DIRECTOR OF FIRM OPERATIONS - AUTHORIZED TO ACCEPT SOP**

BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT                    **1/13/2017**


That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| | | | | | |
|---|---|---|---|---|---|
| **Sex** | FEMALE | **Race** | WHITE | **Age** | 29 |
| **Height** | 5' 7" | **Build** | AVERAGE | **Hair** | BROWN |

LOCATION OF SERVICE  **55 W MONROE ST, STE. 800**

CHICAGO, ILLINOIS 60603

Date Of Service          **1/13/2017**

Time          **3:03 PM**

JOHN VALLE                                              **1/23/2017**

**SPECIAL PROCESS SERVER**          115-002281

UNDER PENALTIES OF PERJURY AS PROVIDED BY LAW PURSUANT TO SECTION 1-109 OF THE CODE OF CIVIL PROCEDURE, THE UNDERSIGNED CERTIFIES THAT THE STATEMENT ARE TRUE AND CORRECT, EXCEPT AS TO MATTERS THEREIN STATED TO BE ON INFORMATION AND BELIEF AND SUCH MATTERS THE UNDERSIGNED CERTIFIES AS AFORESAID THAT HE/SHE VERILY BELIEVES SAME TO BE TRUE.

JOHN VALLE                                              **1/23/2017**

Total: **$80.00**



*6583A*

Law Firm ID: **RICHARD P. CARO, J.D.**          Firm #          Case Return Date: **01/18/2017**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

S. Jain, for her self and as parent of and for her
son "A" a minor

|  |  |
|---|---|
| CASE NUMBER: | 1:17-cv-00002 |

V.

|  |  |
|---|---|
| ASSIGNED JUDGE: | Hon. Ronald A. Guzman |

Butler Illinois School District 53, Et Al

|  |  |
|---|---|
| DESIGNATED MAGISTRATE JUDGE: | Hon. Sidney I. Schenkier |

TO: (Name and address of Defendant)

Caroline Roselli
Robins Schwartz Law Firm
55 West Monroe Street
Suite 800
Chicago, IL 60603-5144

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard P. Caro, J.D.
724 North NW Highway
Apt. A
Park Ridge, IL 60068
312-375-1425
rpc29@yahoo.com

*[handwritten: ]*
Jirck Clark
January 13, 2017
3:00 PM

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

THOMAS G. BRUTON, CLERK

*[signature]*

_____
(By) DEPUTY CLERK

January 3, 2017
_____
DATE

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>JANUARY 13, 2017 |
| NAME OF SERVER *(PRINT)*<br>JOHN VALLE | TITLE<br>PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify):   Served Ms. Nicole Clark on behalf of Ms. Caroline Roselli at Robbins,Schwartz Law Firm

_____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL<br>$0.00 | SERVICES<br>$80.00 | TOTAL<br>$80.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 25, 2017
                    Date                         Signature of Server

230 S. Clark Street, Ste. 170, Chicago, IL 60604
                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number    **1:17-CV-00002**

**S. JAIN, FOR HER SELF AND AS PARENT OF AND FOR HER SON "A" A MINOR**
v.

**BUTLER SCHOOL DISTRICT 53**

**I, JOHN VALLE**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

## PERSONAL SERVICE

THAT I SERVED THE WITHIN          **SUMMONS IN A CIVIL CASE, COMPLAINT, ATTORNEY LETTER, COPY OF EMAIL OF "NOTICE OF ELECTRONIC FILING", EXHIBIT(S)**
ON THE WITHIN NAMED DEFENDANT          **LIBBY MASSEY**

BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT PERSONALLY          **1/13/2017**

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| **Sex** | FEMALE | **Race** | WHITE | **Age** | 20S |
|---|---|---|---|---|---|
| **Height** | 5'8" | **Build** | AVERAGE | **Hair** | BLONDE |

LOCATION OF SERVICE **610 S CANAL ST, STE. 767**

**CHICAGO, ILLINOIS 60607**

| | |
|---|---|
| Service GPS | **-87.64074 41.8741** |
| Date Of Service | **1/13/2017** |
| Time | **3:34 PM** |

JOHN VALLE                                                    **1/23/2017**

**SPECIAL PROCESS SERVER**          115-002281

UNDER PENALTIES OF PERJURY AS PROVIDED BY LAW PURSUANT TO SECTION 1-109 OF THE CODE OF CIVIL PROCEDURE, THE UNDERSIGNED CERTIFIES THAT THE STATEMENT ARE TRUE AND CORRECT, EXCEPT AS TO MATTERS THEREIN STATED TO BE ON INFORMATION AND BELIEF AND SUCH MATTERS THE UNDERSIGNED CERTIFIES AS AFORESAID THAT HE/SHE VERILY BELIEVES SAME TO BE TRUE.

JOHN VALLE                                                    **1/23/2017**

Total: **$80.00**

*6584A*

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

S. Jain, for her self and as parent of and for her
son "A" a minor

V.

Butler Illinois School District 53, Et Al

| | |
|---|---|
| CASE NUMBER: | 1:17-cv-00002 |
| ASSIGNED JUDGE: | Hon. Ronald A. Guzman |
| DESIGNATED MAGISTRATE JUDGE: | Hon. Sidney I. Schenkier |

TO: (Name and address of Defendant)

Libby N. Massey
1100 W. Cornelia Ave., Apt.21,
Chicago, IL 60657-1582

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard P. Caro, J.D.
724 North NW Highway
Apt. A
Park Ridge, IL 60068
312-375-1425
rpc29@yahoo.com

an answer to the complaint which is herewith served upon you,                21                days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

January 3, 2017
_____
DATE

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>JANUARY 13, 2017 |
| NAME OF SERVER *(PRINT)*<br>JOHN VALLE | TITLE<br>PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served:  <span style="font-size:small">Ms. Libby N. Massey at: 610 S. Canal St., Ste. 767, Chicago, IL 60607</span>

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:  _____

☐  Returned unexecuted:  _____

☐  Other (specify):  _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0.00 | $80.00 | $80.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 25, 2017
               *Date*                    *Signature of Server*

230 S. Clark Street, Ste. 170, Chicago, IL 60604
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number      **1:17-CV-00002**

**S. JAIN, FOR HER SELF AND AS PARENT OF AND FOR HER SON "A" A MINOR**
v.

**BUTLER SCHOOL DISTRICT 53**

**I, WILLIAM SHEEHAN**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

# PERSONAL SERVICE

THAT I SERVED THE WITHIN          **SUMMONS IN A CIVIL CASE, COMPLAINT, ATTORNEY LETTER, COPY OF EMAIL OF "NOTICE OF ELECTRONIC FILING", EXHIBIT(S)**
ON THE WITHIN NAMED DEFENDANT          **KELLY VOLIVA**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT PERSONALLY          **1/13/2017**

THE DEFENDANT SIGNED THE STATEMENT ON THE SUMMONS.

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| | | | | | |
|---|---|---|---|---|---|
| **Sex** | FEMALE | **Race** | WHITE | **Age** | 30S |
| **Height** | 5'5" | **Build** | AVERAGE | **Hair** | BLONDE |

LOCATION OF SERVICE **13080 WAVERLY CT**

**ST JOHN, INDIANA 46373**

| | |
|---|---|
| Service GPS | **-87.49244 41.45346** |
| Date Of Service | **1/13/2017** |
| Time | **7:38 AM** |

WILLIAM SHEEHAN                    **1/14/2017**

**PRIVATE INVESTIGATOR - PR**          115-000840

UNDER PENALTIES OF PERJURY AS PROVIDED BY LAW PURSUANT TO SECTION 1-109 OF THE CODE OF CIVIL PROCEDURE, THE UNDERSIGNED CERTIFIES THAT THE STATEMENT ARE TRUE AND CORRECT, EXCEPT AS TO MATTERS THEREIN STATED TO BE ON INFORMATION AND BELIEF AND SUCH MATTERS THE UNDERSIGNED CERTIFIES AS AFORESAID THAT HE/SHE VERILY BELIEVES SAME TO BE TRUE.

WILLIAM SHEEHAN                    **1/14/2017**

Total: **$80.00**

Law Firm ID: **RICHARD P. CARO, J.D.**          Firm #          Case Return Date: **01/18/2017**

*6585A*

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

S. Jain, for her self and as parent of and for her
son "A" a minor

CASE NUMBER:     1:17-cv-00002

V.

ASSIGNED JUDGE:     Hon. Ronald A. Guzman

Butler Illinois School District 53, Et Al

DESIGNATED
MAGISTRATE JUDGE: Hon. Sidney I. Schenkier

TO: (Name and address of Defendant)

Kelly Voliva
13080 Ct. Waverly
Saint John, IN 46373

*I, Kelly Voliva received for
Kelly Voliva the Summons and
Complaint and the Court Order
dated January 6th 2017 on January
6th 2017 at 7:40Am   Kelly C. Voliva
Signature*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard P. Caro, J.D.
724 North NW Highway
Apt. A
Park Ridge, IL 60068
312-375-1425
rpc29@vahoo.com

*Location of Service 13080 Waverly
Court, St. John, FN. 46373. -W65.*

an answer to the complaint which is herewith served upon you,              21              days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



January 3, 2017

DATE

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE<br>January 13, 2017 |
|---|---|
| NAME OF SERVER *(PRINT)*<br>William G. Shehan | TITLE<br>Licensed Private Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:  13080 Waverly Court, Saint John, Indiana

46373

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL<br>$0.00 | SERVICES<br>$80.00 | TOTAL<br>$80.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  January 13, 2017
Date

*Signature of Server*

2158  45th Street, # 221, Highland, Indiana 46322
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Heidi Wernstrau
made John write
this note .

1/17/17

We are unable to accept service documents for individuals other than ourselves or employees of the district. The documents were addressed to individual names who do not reside or work at this address. Because they were listed as individuals and did not have their Board member title and their school district name we advised that it was outside the scope of our authority to accept these documents on behalf of these individuals. We did advise that these individuals were residents in Oak Brook and did provide the date and time of the next Board meeting.