IN THE UNITED STATES DISTRICT COURT
THE NORTHEN DISTRICT OF ILLINOIS
EASTERN DIVISION

S. JAIN, for herself, and as parent of and )
for her son "A", a minor, )
          Plaintiffs, )   DECLARATION OF SERVICE
)
vs )
)   Case Number 1:17-cv-00002
BUTLER ILLINOIS SCHOOL )   Hon. Ronald A. Guzman, U.S. D.J.
DISTRICT 53, Et AL )   Hon. Sidney I. Schenkier, U.S. Mag.

Declaration of Service

    Richard P. Caro, hereby declares and states:

    On February 8, 2017, I did cause to be sent by First Class mail to each of the Defendants listed below at their respective addresses, in prepaid addressed envelops, a true and correct copy of Plaintiffs' Request for Entry of Default, by depositing the same with the United States Postal Service.
    The above statements are true and correct
    under penalty of perjury.
Dated: February 8, 2017

*Richard P. Caro*

_____.
    Richard P. Caro
    Attorney for Plaintiffs

DEFENDANTS::

Butler Illinois School District 53
2801 York Rd., Oak Brook, IL 60523

The Board of Education of the Butler Il.Sch. Dis. 53
2801 York Rd., Oak Brook, IL 60523

Lou Paskalides, 2801 York Rd., Oak Brook, IL 60523
Liz Chun, 2801 York Rd., Oak Brook, IL 60523
Tood Rustenberg, 2801 York Rd., Oak Brook, IL 60523
Hishel Patel, 2801 York Rd., Oak Brook, IL 60523
Alan Hanzlik, 2801 York Rd., Oak Brook, IL 60523
Alan Kumar, 2801 York Rd., Oak Brook, IL 60523
Heidi A. Wennstrom, 2801 York Rd., Oak Brook, IL 60523
Lisa Owen, 2801 York Rd., Oak Brook, IL 60523
Rajiv Advani, 24 Chatham Lane, Oak Brook, IL 60523
Kelly Volvia, 13080 Waverly Ct., St. John, IN 46373