# IN THE UNITED STATES DISTRICT COURT
# THE NORTHEN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| S. JAIN, for herself, and as parent of and for her son "A", a minor, ) ) Plaintiffs, ) ) vs ) ) BUTLER ILLINOIS SCHOOL ) DISTRICT 53, ) Defendants. ) ) | PLAINTIFFS' RULE 26(a)(1)(A) DISCLOSURES<br><br>Case Number: 1:17-cv-00002<br>Hon. Ronald A. Guzman, U.S.D.J.<br>Hon. Sidney I. Schenkier, U.S. Mag. |

PLAINTIFFS' RESPONSE TO SCHOOL
DISTRICT DEFENDANTS' MOTION
FOR AN EXTENSION OF TIME TO FILE
DISMISSAL MOTION

Plaintiffs do not oppose the one week extension to April 28, 2017, for the School District Defendants to file their motion to dismiss the Fourth Verified Amended Complaint but note that they did not oppose Plaintiffs' Motion to file it.

Dated: April 13, 2017

*Richard P. Caro*

_____
Richard P. Caro
   Attorney for Plaintiffs
 S. Jain, for herself and her Minor Son "A"
Rpc29@yahoo.com
312-561-4171, Cell 312-375-1415

Declaration of Service

This Response to the School District Defendants' Motion is being electronically filed and Defense Counsel are being automatically notified of its filing and provided a copy of the papers filed.

Dated: April 13, 2017

*Richard P. Caro*

_____
Richard P. Caro, Esq.
 Attorney for Plaintiffs
 S. Jain, for herself and her Minor Son "A"
Rpc29@yahoo.com
312-561-4171, Cell 312-375-1415