IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| S. JAIN, for herself, and as parent of and for her son "A", a minor, | Case No. 17-cv-00002 |
| Plaintiffs, | Honorable Ronald A. Guzman |
| v. | |
| BUTLER ILLINOIS SCHOOL DISTRICT 53, et al. | |
| Defendants. | |

## JOINT REPORT

Pursuant to Magistrate Judge Schenkier's July 11, 2017 order, the parties submit the following report regarding the deposition of the father of Plaintiff "A":

The parties have agreed that the deposition of the father of Plaintiff "A" will take place on August 30, 2017 at 9:00 a.m. at the law offices of Ancel Glink Diamond Bush DiCianni & Krafthefer, 140 S. Dearborn Street, Sixth Floor, Chicago, IL 60603. On July 17, 2017, a deposition subpoena and notice of videotaped deposition was served on all parties and the father of Plaintiff "A."

Respectfully submitted:

/s/ Richard Caro
Attorney for Plaintiff
Richard P. Caro, J.D.
724 North NW Highway/Apt. A
Park Ridge, IL 60068
Rpc629@protonmail.com

/s/ Lucy B. Bednarek
Attorney for School District Defendants
Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C.
140 South Dearborn Street, Suite 600
Chicago, Illinois 60603
lbednarek@ancelglink.com

/s/Katherine Schnake
Attorney for Defendants Massey and Roselli
Hinshaw & Culbertson
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
kschnake@hinshawlaw.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| S. JAIN, for herself, and as parent of and for her son "A", a minor, | Case No. 17-cv-00002 |
| Plaintiffs, | Honorable Ronald A. Guzman |
| v. | Magistrate Judge Sidney I. Schenkier |
| BUTLER ILLINOIS SCHOOL DISTRICT 53, et al. | |
| Defendants. | |

### CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2017, I electronically filed the foregoing **JOINT REPORT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Richard P Caro
Richard P. Caro, J.D.
724 North NW Highway / Apt. A
Park Ridge, IL 60068
rpc629@protonmail.com
rpc29@yahoo.com

Fred R. Harbecke
53 W. Jackson Blvd., Suite 1510
Chicago, IL 60604
fredrharbecke@sbcglobal.net

Matthew R. Henderson
Katherine Georgia Schnake
Hinshaw & Culbertson
222 North LaSalle Street / Suite 300
Chicago, IL 60601-1081
mhenderson@hinshawlaw.com
kschnake@hinshawlaw.com

/s/ Lucy B. Bednarek
LUCY B. BEDNAREK / ARDC # 6269389
One of the attorneys for the School District Defendants

ANCEL, GLINK, DIAMOND, BUSH,
DICIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603

Telephone: (312) 782-7606  
Facsimile: (312) 782-0943  
E-Mail: lbednarek@ancelglink.com