**Richard P. Caro, A.B., M.A.T, J.D.**

| 724 N. Northwest Hwy. | rpc29@yahoo.com | 62B Jacksons Run |
| Park Ridge, IL 60068 | (312) 561-4171 | Santa Rosa Beach, FL 32459 |
| | (312) 375-1415 Cell | |

July 5, 2017

Clerk, U.S. District Court, N.D. IL
Intake and Operations
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

FILED
JUL 18 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Re: S. Jain, Et Al. v. Butler Il. Sch. Dis. 53, No. 17-cv-00002

Dear Sir,

Enclosed is a CD containing four (4) Exhibits that I could not into the case's data files. Three are Excel documents (Exhibits 1, 2 and 6) which I could not convert to PDF files and Exhibit 3 is an Acrobat Portfolio document.

Please add these to the Case's Docket Record.

Thank you,

Respectfully yours,

Richard P. Caro

Richard P. Caro

cc: Matthew R. Henderson, Esq.
Lucy Bednarek, Atty.