$2.88
US POSTAGE
FIRST-CLASS

FILED
JUL 18 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

17cv2

20

Clerk's Office
U.S. District Court, N.D. IL.
Intake + Operations
219 South Dearborn Street
Chicago, IL 60604

INSPECTED BY
UNITED STATES MARSHALS SERVICE

RECEIVED
JUL 17 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Fragile
Please Do Not Bend/Break
— CD —

R. Carr
62 B Jacksons Run
S.R.B., FL 32459

Fragile
Please Do Not Bend or Break
- CD -

Case: 1:17-cv-00002 Document #: 99-1 Filed: 07/18/17 Page 2 of 2 PageID #:2127