# Exhibit A

1. Documents Which May Contain The Support or Evidence for Cheating Determinations

RS 021569 R-W
**RS 021571 1/19 Notes**
RS 021574 Julka
RS 012581 Julka
RS 012583 Julka

RS 021456 Interview Qs
RS 033900 Interview Qs

**Owens's Notes**
RS 037236
RS 037238
RS 037241

**Interview Notes of** ▅▅▅

| | |
|---|---|
| RS 017415 | RS 035272 |
| RS 017417 | RS 035276 |
| RS 035282 | RS 034963 |
| RS 035286 | RS 007204 |
| RS 035364 | |
| RS 017352 | |
| RS 017358 | |
| RS 017364 | |
| RS 017369 | |
| RS 017375 | |
| RS 017380 | |
| RS 017385 | |
| RS 017390 | |
| RS 017411 | |
| RS 035089 | |
| RS 035199 | |
| RS 035206 | |
| RS 035212 | |
| RS 035218 | |
| RS 035222 | |
| RS 035226 | |
| RS 035232 | |
| RS 035237 | |
| RS 035243 | |

**Documents Related to** ▮
RS 018814
RS 018816
RS 018819
RS 018821

2. Other Documents Which May Contain The Support or Evidence for Cheating Determinations

**RS 020169**
**RS 020172**
**RS 036711**
**RS 036712**
**RS 036715**
**RS 036718**
**RS 036706**
**RS 036709**
**RS 020040**
**RS 020081**
RS 020087
RS 020090
RS 020092
**RS 020109**
**RS 036604**
**RS 036646**
**RS 036649**
**RS 036653**
**RS 036656**
**RS 036658**
**RS 036660**
**RS 020024**
**RS 020028**
**RS 020031**
**RS 020034**
**RS 020037**
**RS 036595**
**RS 036599**
**RS 020016**
**RS 020018**
**RS 036587**
**RS 036589**
**RS 019978**
**RS 019981**
**RS 019978**
**RS 019981**

RS 019984 M
RS 019993 M
RS 019997 M
RS 020000 M
RS 020002 M
RS 020004 M
RS 020008 M
RS 020011 M
RS 033603 M
RS 033606 M
RS 033608 M
RS 033610 M
RS 033614 M
RS 036563 M
RS 036567 M
RS 036570 M
RS 036573 M
RS 036575 M
RS 036579 M
RS 035980
RS 035990
RS 035999
RS 036008
RS 036090
RS 036097
RS 0181191 J
RS 018225

**RS 018205 J** Use of Jain's Emails & Interview of ▉ Notes

3. Witnesses

**RS 019954 Witness Lists**
**RS 019917**
**RS 036485**
**RS 036488**

4. Massey & Roseeli, other RS Attorneys &
With Defendants

| | | | |
|---|---|---|---|
| RS 019882RS 019886 | Report: RS 017409 | RS 034153 | RS 036336 |
| RS 019890 | RS 017411 | RS 034155 | RS 036338 |
| RS 019892 | RS 017103 | RS 034157 | RS 036340 |
| RS 019895 | RS 017105 | RS 034240 | RS 036342 |
| RS 019897 | RS 017110 | RS 034322 | RS 036346 |
| RS 019901 | RS 017143 | RS 034403 | RS 037700 |
| RS 019904 | RS 017148 | RS 034405 | RS 019595 C |
| RS 019907 | RS 017152 | RS 034407 | RS 019598 C |
| RS 019910 | RS 017185 | RS 034411 | RS 019600 C |
| RS 019912 | RS 017189 | RS 034412 | RS 019698 C |
| RS 019914 | RS 017193 | RS 034415 | RS 019703 C |
| RS 019916 | RS 017227 | RS 034418 | RS 019721 C |
| RS 036453 | RS 017229 | RS 034419 | RS 036210 C |
| RS 036454 | RS 017236 | RS 034452 | RS 036213 C |
| RS 036460 | RS 032331 | RS 034485 | RS 036255 C |
| RS 036464 | RS 034570 | RS 034525 | RS 036260 C |
| RS 036466 | RS 034575 | RS 034532 | RS 036274 C |
| RS 036469 | RS 034577 | and re Conflict: | RS 017900 C |
| RS 036472 | RS 034583 | RS 019770 | RS 035541 C |
| RS 036474 | RS 034589 | RS 019772 | RS 037218 student |
| RS 036476 | RS 034594 | RS 019773 | RS 019920 |
| RS 036478 | RS 034600 | RS 019775 | RS 019929 |
| RS 036480 | RS 034604 | RS 019777 | RS 019933 |
| RS 036483 | RS 034608 | RS 036350 | RS 019937 |
| RS 036484 | RS 034643 | RS 036351 | RS 019940 |
| RS 019858 | RS 034714 | RS 036354 | RS 019946 |
| RS 019865 | RS 034717 | RS 036356 | RS 033533 |
| RS 019869 | RS 034721 | RS 036357 | RS 035980 |
| RS 019870 | RS 034755 | RS 036359 | RS 035990 |
| RS 019871 | RS 034757 | RS 036360 | RS 033999 |
| RS 036436 | RS 016802 | RS 036361 | RS 036090 |
| RS 036443 | RS 016810 | RS 036363 | RS 036097 |
| RS 036447 | RS 016893 | RS 019743 | RS 018191 |
| RS 036448 | RS 016974 | RS 019746 | RS 018205 |
| RS 036449 | RS 016976 | RS 019748 | RS 019917 WRS 019920 UGP |
| RS 019834 | RS 016978 | RS 019750 | RS 019929 C |
| RS 019835 | RS 016982 | RS 036311 | RS 019933 C |
| RS 037399 | RS 016984 | RS 036314 | RS 019937 C |
| RS 037401 | RS 016987 | RS 036317 | RS 019940 C |
| RS 037402 | RS 017020 | RS 036319 | RS 019946 C |
| RS 019822 | RS 017060 | RS 036321 | |
| RS 019825 | RS 034132 | RS 036323 | |
| RS 036394 | RS 034133 | RS 036326 | |
| RS 017954 | RS 034134 | RS 036328 | |
| RS 036401 | RS 034136 | RS 036329 | |
| RS 036403 | RS 034149 | Other issues | |
| revisions to M's | RS 034150 | RS 036332 | |
| | | RS 036333 | |

| Revisions to Massey's Report | | Interviews |
|---|---|---|
| | RS 034322 | RS 01817 RS 018173 |
| | RS 034403 | RS 018175 |
| | RS 034405 | RS 018176 |
| RS 017409 | RS 034407 | RS 018178 |
| RS 017411 | RS 034411 | RS 018181 |
| RS 017103 | RS 034412 | RS 035807 |
| RS 017105 | RS 034415 | RS 035811 |
| RS 017110 | RS 034418 | RS 035814 |
| RS 017143 | RS 034419 | RS 035816 |
| RS 017148 | RS 034452 | RS 035817 |
| RS 017152 | RS 034485 | RS 035819 |
| RS 017185 | RS 034525 | RS 035822 |
| RS 017189 | RS 034532 | RS 017415 |
| RS 017193 | | RS 017417 |
| RS 017227 | | RS 017421 |
| RS 017229 | | RS 017424 |
| RS 017236 | | RS 017425 |
| RS 032331 | | RS 035280 |
| RS 034570 | | RS 035282 |
| RS 034575 | | RS 035286 |
| RS 034577 | | RS 035289 |
| RS 034583 | | |
| RS 034589 | | |
| RS 034594 | | |
| RS 034600 | | |
| RS 034604 | | |
| RS 034608 | | |
| RS 034643 | | |
| RS 034714 | | |
| RS 034717 | | |
| RS 034721 | | |
| RS 034755 | | |
| RS 034757 | | |
| RS 016802 | | |
| RS 016810 | | |
| RS 016893 | | |
| RS 016974 | | |
| RS 016976 | | |
| RS 016978 | | |
| RS 016982 | | |
| RS 016984 | | |
| RS 016987 | | |
| RS 017020 | | |
| RS 017060 | | |
| RS 034132 | | |
| RS 034133 | | |
| RS 034134 | | |
| RS 034136 | | |
| RS 034149 | | |
| RS 034150 | | |
| RS 034153 | | |
| RS 034155 | | |
| RS 034157 | | |
| RS 034240 | | |

## 5. Emails Without Bates Nos.
(Include attached prior emails even if not listed and attachments)

| | | |
|---|---|---|
| Voliva to Traub, etc. | 1/11/16 | 9:44 AM |
| Traub to (Blocked) Bcc Voliva | 1/11/16 | 2:19 PM |
| Traub to Voliva | 1/12/16 | 8:23 AM |
| Voliva to Wennstrom | 1/12/16 | 9:33 AM |
| Voliva to Traub | 1/12/16 | 9:34 AM |
| Traub to Kuethe,etc | 1/14/16 | 8:53 PM |
| Traub to Kuethe | 1/14/16 | 9:21 PM |
| Traub to Voliva | 1/14/16 | 9:23 PM |
| Traub to (Blocked) Bcc to Voliva, etc. | 1/14/16 | 9:56 PM |
| Voliva to Wennstrom | 1/15/16 | 8:27 AM |
| Wennstrom to Traub | 1/20/16 | 12:25 PM |

Copy of GeoBee Test Sent but omitted

| | | |
|---|---|---|
| Voliva to Wennstrom | 1/18/16 | 7:03 PM |
| Wennstrom to Voliva, etc. | 1/18/16 | 7:16 PM |
| Voliva to Owen, etc. | 1/18/16 | 7:29 PM |
| Brookforest to Voliva | 1/19/16 | 1:28 PM |

(2 emails with missing attachments 1917_001. pdf, & 1818_001.pdf)

| | | |
|---|---|---|
| Wennstrom to Hanzlik & Chun | 1/21/16 | 4:43 PM |

(2 attachments omitted)

| | | |
|---|---|---|
| Traub to Wennstrom | 1/22/16 | 2:22PM |
| Wennstrom to Voliva & Owen | 2/1/16 | 10:13 PM |
| Wennstron to Owen & Voliva | 2/1/16 | 10:19 PM |

("The second attachment contains actual test questions for this years GeoBee.")