# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

S Jain, et al.

                        Plaintiff,

v.                                               Case No.: 1:17−cv−00002
                                                       Honorable Ronald A. Guzman

Butler Illinois School District 53, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 22, 2017:

      MINUTE entry before the Honorable Sidney I. Schenkier: The Court, sua sponte, RESETS the motion hearing regarding deponent Badlani's motions to quash and vacate subpoena (doc. #'s [141],[146],[147]) before the magistrate judge to 9/27/17 at 10:00 a.m. to be heard in conjunction with the previously set status hearing. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.