# IN THE UNITED STATES DISTRICT COURT
# THE NORTHEN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| S. JAIN, for herself, and as parent of and for her son "A", a minor, <br>               Plaintiffs, <br><br> vs. <br><br> BUTLER ILLINOIS SCHOOL DISTRICT 53, <br>               Defendants. | MOTION FOR LEAVE TO WITHDRAW <br><br> Case Number: 1:17-cv-00002 <br> Hon. Ronald A. Guzman, U.S.D.J. <br> Hon. Sidney I. Schenkier, U.S. Mag. |

## MOTION FOR LEAVE TO WITHDRAW

I request leave to withdraw as the attorney of record for the Plaintiffs. A serious conflict of interest has recently arisen between my client and despite my efforts for more than a week to have it resolved, my client has refused and declined to do so. I have also now been accused of wrongdoing. Accordingly, I am unable to ethically to continue to represent them under the circumstances and request leave to withdraw. I also request to appear by telephone if my appearance is required.

Respectfully submitted,     September 22, 2017

*Richard P. Caro*

_____
Richard P. Caro, Esq.
Rpc29@yahoo.com
312-561-4171, Cell 312-375-1415

CERTIFICATE OF SERVICE

      Richard P. Caro hereby certifies that he did on September 22, 2017, serve the Plaintiffs' Motion for Leave to Withdraw and Notice of Entry was given automatically to all parties by the Court and I have served Plaintiffs with this motion by email also on September 22, 2017:

Matthew Henderson, Esq.
Hinshaw &Culbertson LLP
mhenderson@hinshawlaw.com

Lucy Bednarek, Atty.
Ancel Glink Diamond Bush DiCianni & Krafthefer
Lbednarek@ancelglink.com

Nadern H. Elrabadi, Esq.
Elrabadli Law, P.C.
nhe@elrabadilaw.com

S. Jain
fedlawsuit@gmail.com

Dated: September 22, 2017

*Richard P. Caro*

_____
Richard P. Caro
 Rpc29@yahoo.com
312-561-4171, Cell: 312-375-1415

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**:

**Case Title**:

**Judge**:

**Name of Attorney submitting the motion to withdraw**:

**Name of Client**:

**Mailing address of Client**:

**City:**                                   **State:**

**Zip:**                                    **Telephone Number:**

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** _____

**Date:**