# IN THE UNITED STATES DISTRICT COURT
# THE NORTHEN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| S. JAIN, for herself, and as parent of and for her son "A", a minor,<br>                Plaintiffs,<br>vs.<br><br>BUTLER ILLINOIS SCHOOL DISTRICT 53,<br>                Defendants. | NOTICE OF MOTION FOR LEAVE TO WITHDRAW<br><br>Case Number: 1:17-cv-00002<br>Hon. Ronald A. Guzman, U.S.D.J.<br>Hon. Sidney I. Schenkier, U.S. Mag. |

**NOTICE OF MOTION & PRESENTMENT FOR LEAVE TO WITHDRAW**

TO:    Matthew Henderson, Esq.
         Hinshaw &Culbertson LLP
         mhenderson@hinshawlaw.com

         Lucy Bednarek, Atty.
         Ancel Glink Diamond Bush DiCianni & Krafthefer
         Lbednarek@ancelglink.com

         Nadern H. Elrabadi, Esq.
         Elrabadli Law, P.C.
         nhe@elrabadilaw.com

         S. Jain
         fedlawsuit@gmail.com

      PLEASE TAKE NOTICE that on September 22, 2017,Richard P. Caro filed his Motion for Leave to Withdraw as attorney of record for Plaintiffs to be presented on September 26, 2017 at 9:30 A.M. before the Hon. Ronald A. Guzman, U.S.D.J. in Courtroom 1801, U.S. District Court, 219 South Dearborn Street, Chicago, IL 60604. Mr. Caro also requests leave to appear by

telephone.

Dated: September 22, 2017

_____
Richard P. Caro, Esq.
 Rpc29@yahoo.com
312-561-4171, Cell 312-375-1415

CERTIFICATE OF SERVICE

      Richard P. Caro hereby certifies that he did on September 22, 2017 serve the Notice of Motion and Presentment For Leave to Withdraw as Plaintiffs' Attorney of Record and Notice of Entry was given automatically to all parties by the Court and to Plaintiff by email:

Matthew Henderson, Esq.
Hinshaw &Culbertson LLP
mhenderson@hinshawlaw.com

Lucy Bednarek, Atty.
Ancel Glink Diamond Bush DiCianni & Krafthefer
Lbednarek@ancelglink.com

Nadern H. Elrabadi, Esq.
Elrabadli Law, P.C.
nhe@elrabadilaw.com

S. Jain
fedlawsuit@gmail.com

Dated: September 25, 2019

*Richard P. Caro*

_____
Richard P. Caro
Rpc29@yahoo.com
312-561-4171, Cell: 312-375-1415