# IN THE UNITED STATES DISTRICT COURT
# THE NORTHEN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| S. JAIN, for herself, and as parent of and ) <br> for her son "A", a minor, ) | **MOTION TO** |
| Plaintiffs, ) | **ADJOURN HEARING** |
| vs. ) | |
| ) | Case Number: 1:17-cv-00002 |
| BUTLER ILLINOIS SCHOOL ) | Hon. Ronald A. Guzman, U.S.D.J. |
| DISTRICT 53, ) | Hon. Sidney I. Schenkier, U.S. Mag. |
| Defendants. ) | |

## MOTION TO ADJOURN HEARING BEFORE MAGISTRATE

On September 22, 2017, Richard P. Caro filed his Motion to Withdraw as attorney for Palintiffs for presentment on September 26, 2017, and requests that the hearing scheduled for September 27, 2017 before U.S. Magistrate, the Hon. Sidney I. Schenkier be adjourned pending determination of his withdrawal motion and further order of the Court. Mr. Caro request leave to appear by telephone.

Dated: September 22, 2017

*Richard P. Caro*

_____
Richard P. Caro, Esq.
Rpc29@yahoo.com
312-561-4171, Cell 312-375-1415

CERTIFICATE OF SERVICE

      Richard P. Caro hereby certifies that he did on September 22, 2017 serve the Notice of Motion and Presentment to Adjourn the September 27, 2017 Hearing before Hon. Sidney I. Schenkier, U.S. Mag. Notice of Entry was given automatically to all parties by the Court and to Plaintiffs by email:

Matthew Henderson, Esq.
Hinshaw &Culbertson LLP
mhenderson@hinshawlaw.com

Lucy Bednarek, Atty.
Ancel Glink Diamond Bush DiCianni & Krafthefer
Lbednarek@ancelglink.com

Nadern H. Elrabadi, Esq.
Elrabadli Law, P.C.
nhe@elrabadilaw.com

S. Jain
fedlawsuit@gmail.com

Dated: September 22, 2017

*Richard P. Caro*

_____
Richard P. Caro
 Rpc29@yahoo.com
312-561-4171, Cell: 312-375-1415