# IN THE UNITED STATES DISTRICT COURT
# THE NORTHEN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| S. JAIN, for herself, and as parent of and for her son "A", a minor,<br>       Plaintiffs,<br>vs.<br><br>BUTLER ILLINOIS SCHOOL DISTRICT 53,<br>       Defendants. | NOTICE OF MOTION TO ADJOURN HEARING<br><br>Case Number: 1:17-cv-00002<br>Hon. Ronald A. Guzman, U.S.D.J.<br>Hon. Sidney I. Schenkier, U.S. Mag. |

**NOTICE OF MOTION TO ADJOURN HEARING BEFORE MAGISTRATE**

TO: Matthew Henderson, Esq.
   Hinshaw &Culbertson LLP
   mhenderson@hinshawlaw.com

   Lucy Bednarek, Atty.
   Ancel Glink Diamond Bush DiCianni & Krafthefer
   Lbednarek@ancelglink.com

   Nadern H. Elrabadi, Esq.
   Elrabadli Law, P.C.
   nhe@elrabadilaw.com

   S. Jain
   fedlawsuit@gmail.com

   PLEASE TAKE NOTICE that on September 22, 2017, Richard P. Caro filed his Motion to Adjourn the September 27, 2017 hearing before U.S. Magistrate, the Hon. Sidney I. Schenkier pending Mr. Caro Motion To Withdraw and for the Motion to be presented on Tuesday September 26, 2017 at 8:30 A.M.

      Mr. Caro also requests leave to appear by telephone.

Dated: September 22, 2017

                                 *Richard P. Caro*

                            _____
                            Richard P. Caro, Esq.
                            Rpc29@yahoo.com
                            312-561-4171, Cell 312-375-1415

CERTIFICATE OF SERVICE

      Richard P. Caro hereby certifies that he did on September 22, 2017 serve the Notice of Motion and Presentment to Adjourn the September 27, 2017 Hearing before Hon. Sidney I. Schenkier, U.S. Mag. Notice of Entry was given automatically to all parties by the Court and to Plaintiffs by email:

Matthew Henderson, Esq.
Hinshaw &Culbertson LLP
mhenderson@hinshawlaw.com

Lucy Bednarek, Atty.
Ancel Glink Diamond Bush DiCianni & Krafthefer
Lbednarek@ancelglink.com

Nadern H. Elrabadi, Esq.
Elrabadli Law, P.C.
nhe@elrabadilaw.com

S. Jain
fedlawsuit@gmail.com

Dated: September 22, 2017

*Richard P. Caro*

_____
Richard P. Caro
 Rpc29@yahoo.com
312-561-4171, Cell: 312-375-1415