UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

S Jain, et al.

                                              Plaintiff,

v.                                                             Case No.: 1:17–cv–00002
                                                                       Honorable Ronald A. Guzman

Butler Illinois School District 53, et al.

                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 25, 2017:

     MINUTE entry before the Honorable Sidney I. Schenkier: Plaintiff's counsel has filed a motion to adjourn hearing before the magistrate judge set for 9/27/17 at 10:00 a.m. (doc. #[152]), pending a ruling on his motion to withdraw as counsel (doc. #[150]), which is set for hearing before the district judge on 9/26/17. We deny the motion to adjourn the hearing, which is set for status and for a hearing on a motion to quash and vacate subpoenas. At the hearing with the magistrate judge on 9/27/17, we will receive a report on what has transpired before the district judge during the 9/26/17 hearing, and based on that information, will determine whether to continue the hearing on the motion to quash and vacate subpoenas. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.