UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| S. Jain, et al. | ) |
| | ) |
| v. | ) Case No. 17 CV 00002 |
| | ) |
| Butler Illinois School District 53, et al. | ) |

## MOTION TO WITHDRAW

**NOW COMES** Fred R. Harbecke, local counsel pursuant to LR83.15, and prays this Honorable Court to withdraw, and in support thereof states as follows:

1. Fred R. Harbecke was designated by Richard Caro, attorney for the Plaintiffs, to act as local counsel for Plaintiffs pursuant to LR83.15.

2. As such, Fred R. Harbecke appeared at routine status hearings, delivered courtesy copies of motions and other documents, and at Plaintiffs' request attended two depositions.

3. Richard Caro has filed a motion to withdraw. If that is granted, there will no longer be a reason to have local counsel.

**WHEREFORE,** Fred R. Harbecke prays this Honorable Court for leave to withdraw as Plaintiffs' local counsel, and for such other and further relief as this Honorable Court may deem just.

S. Jain

/x/ Fred R. Harbecke

Fred R. Harbecke
53 W. Jackson Blvd., Suite 1510
Chicago, IL 60604
(312)443-9505