UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

S. Jain, et al.          )
                         )
v.                       ) Case No. 17 CV 00002
                         )
Butler Illinois School   )
District 53, et al.      )

### NOTICE OF MOTION

On October 5, 2017, at 9:30a.m or as soon as counsel may be heard, I shall appear before presiding Judge Guzman in Room 1801, of the Northern District Court of Illinois, 219 South Dearborn Street, Chicago, IL, and there present the attached **MOTION TO WITHDRAW**.

/x/FRED R. HARBECKE

Fred R. Harbecke
53 W. Jackson Blvd.
Suite 1510
Chicago, Illinois   60604
(312) 443-9505
fredrharbecke@gmail.com

### AFFIDAVIT OF SERVICE

This is to certify that I, Martha Y. Esparza-Flores, a non-attorney, mailed copies of this Notice and the attached **MOTION TO WITHDRAW**, by via e-filing a copy to attached service list at 53 W. Jackson Blvd., Suite 1510, Chicago, Illinois 60604, on this 26th day of September, 2017.

_____
Martha Y. Esparza-Flores

Sworn and subscribed before
me this 26th day of September, 2017.

_____
Notary Public

OFFICIAL SEAL
FRED R HARBECKE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/26/18

**SERVICE LIST**

Matthew Hendersen
HINSHAW & CULBERTSON LLP
mhenderson@hinshawlaw.com

Lucy Bednarek
Ancel Glink Diamond Bush DiCianni & Kraftherfer
Lbednarek@ancelglink.com

Nadern H. Elradbadi
Elrabadli Law, P.C.
nhe@elradadilaw.com

S. Jain
fedlawsuit@gmail.com