# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

S Jain, et al.

                                          Plaintiff,

v.                                                           Case No.: 1:17−cv−00002

                                                                 Honorable Ronald A. Guzman

Butler Illinois School District 53, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 26, 2017:

      MINUTE entry before the Honorable Ronald A. Guzman: Motion hearing held on 9/26/2017. Attorney Richard P. Caro's motion for leave to withdraw as attorney for the plaintiffs [150] is entered and continued to 10/5/2017. Motion hearing set for 10/5/2017 at 09:30 AM. Counsel for all parties are ordered to be present in person. Failure to appear may result in sanctions. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.