# IN THE UNITED STATES DISTRICT COURT
# THE NORTHEN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| S. JAIN, for herself, and as parent of and for her son "A", a minor, ) ) Plaintiffs, ) vs. ) ) BUTLER ILLINOIS SCHOOL ) DISTRICT 53, ) Defendants. ) | NOTICE OF MOTION TO FILE SEALED DECLARATION Case Number: 1:17-cv-00002 Hon. Ronald A. Guzman, U.S.D.J. Hon. Sidney I. Schenkier, U.S. Mag. |

### NOTICE OF MOTION & PRESENTMENT TO FILE
### DECLARATION AS A SEALED, CONFIDENTIAL DOCUMENT

TO:  Matthew Henderson, Esq.
     Hinshaw &Culbertson LLP
     mhenderson@hinshawlaw.com

     Lucy Bednarek, Atty.
     Ancel Glink Diamond Bush DiCianni & Krafthefer
     Lbednarek@ancelglink.com

     Nadern H. Elrabadi, Esq.
     Elrabadli Law, P.C.
     nhe@elrabadilaw.com

     S. Jain
     fedlawsuit@gmail.com
     and by certified mail:
     104 Indian Trail Road
     Oak Brook, IL 60523

PLEASE TAKE NOTICE that on October 2, 2017,Richard P. Caro filed his Motion for

Leave to File his Declaration in support of his Motion to Withdraw as a sealed, confidential

document to be presented on October 5, 2017 at 9:30 A.M. before the Hon. Ronald A. Guzman,

U.S.D.J. in Courtroom 2303, U.S. District Court, 219 South Dearborn Street, Chicago, IL 60604.

Dated: October 2, 2017

*Richard P. Caro*

_____
Richard P. Caro, Esq.
Rpc29@yahoo.com
312-561-4171, Cell 312-375-1415

CERTIFICATE OF SERVICE

      Richard P. Caro hereby certifies that he did on October 2, 2017 serve the Notice of Motion and Presentment to File a sealed confidential Declaration in support of his pending Motion to Withdraw as Plaintiffs' Attorney of Record and Notice of Entry and Presentment was given automatically to all parties by the Court and to Plaintiff by email and by First Class mail:

Matthew Henderson, Esq.
Hinshaw &Culbertson LLP
mhenderson@hinshawlaw.com

Lucy Bednarek, Atty.
Ancel Glink Diamond Bush DiCianni & Krafthefer
Lbednarek@ancelglink.com

Nadern H. Elrabadi, Esq.
Elrabadli Law, P.C.
nhe@elrabadilaw.com

S. Jain
fedlawsuit@gmail.com and
104 Indian Trail Road
Oak Brook, IL 60523

Dated: October 2, 2017

                                              */s/ Richard P. Caro*
                                         _____
                                         Richard P. Caro
                                          Rpc29@yahoo.com
                                         312-561-4171, Cell: 312-375-1415