# IN THE UNITED STATES DISTRICT COURT
# THE NORTHEN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| S. JAIN, for herself, and as parent of and ) <br> for her son "A", a minor, ) <br>                             Plaintiffs, ) <br>                      ) <br>               vs. ) <br>                      ) <br> BUTLER ILLINOIS SCHOOL ) <br> DISTRICT 53, ) <br>                     Defendants. ) <br>                              ) | MOTION TO FILE DECLARATION <br> AS A SEALED, CONFIDENTIAL <br> DOCUMENT <br><br> Case Number: 1:17-cv-00002 <br> Hon. Ronald A. Guzman, U.S.D.J. <br> Hon. Sidney I. Schenkier, U.S. Mag. |

## MOTION TO FILE DECLARATION
## AS A SEALED, CONFIDENTIAL DOCUMENT

I request leave to file my Declaration in support of my motion to withdraw as Plaintiffs's attorney, as a sealed, confidential document, which is not to be served on the Defendants because the contents involve privileged communications with Plaintiffs. It has been served on Plaintiffs.

I have asked Plaintiffs to state the reasons for their objections to my Withdrawal Motion both before and after it was filed, but I received no response. I have been told that Plaintiff, Dr. S. Jain, made serious accusations and criticisms of me when the Withdrawal Motion was first considered by the Court. I was not present then and had asked Local Counsel to speak for me if I was not granted leave to appear by telephone, which I wasn't.

I have a right to defend myself but also seek to avoid the unnecessary disclosure to Defendants of privileged communications had with my clients. I do not believe that they have a right to disclosure of that information.

I, accordingly, request that My Declaration In Support of my Withdrawal Motion be

sealed and kept confidential, i.e., not disclosed to Defendants.

Respectfully submitted,                               October 2, 2017

*Richard P. Caro*

_____
Richard P. Caro, Esq.
 Rpc29@yahoo.com
312-561-4171, Cell 312-375-1415

CERTIFICATE OF SERVICE

      Richard P. Caro hereby certifies that he did on October 2, 2017, serve the Plaintiffs' Motion for to file his Declarion in support of his Motion to Withdraw and Notice of Entry was given automatically to all parties by the Court and I have served Plaintiffs with this Motion by email and by First Class mail also on October 2, 2017, but the Declaration was served only on Plaintiff S. Jain:

Matthew Henderson, Esq.
Hinshaw &Culbertson LLP
mhenderson@hinshawlaw.com

Lucy Bednarek, Atty.
Ancel Glink Diamond Bush DiCianni & Krafthefer
Lbednarek@ancelglink.com

Nadern H. Elrabadi, Esq.
Elrabadli Law, P.C.
nhe@elrabadilaw.com

S. Jain
fedlawsuit@gmail.com and
104 Indian Train Road
Oak Brook, IL 60523

Dated: October 2, 2017

*Richard P. Caro*

_____
Richard P. Caro
 Rpc29@yahoo.com
312-561-4171, Cell: 312-375-1415