**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| S. JAIN, for herself, and as parent of and for her son "A", a minor, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:17-cv-0002 |
| vs. | ) ) ) | Hon. Ronald A. Guzmán, Judge Presiding, |
| BUTLER SCHOOL DISTRICT 53, *et al.*, | ) ) | Hon. Sidney I. Schenkier, Magistrate Judge Presiding. |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:  *See Attached Service List*

On **Thursday, October 5, 2017**, at **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before **Hon. Ronald A. Guzmán**, or any judge sitting in his stead, in the courtroom usually occupied by him in **Room 1801** in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois and then and there present the plaintiff's **Motion for Leave to File an Additional Appearance and Leave to File Response to Attorneys', Richard P. Caro and Frederick R. Harbecke, Motions to Withdraw**.

Respectfully submitted,

MUSLIN & SANDBERG

By: /s/Craig M. Sandberg
CRAIG M. SANDBERG
19 S. LaSalle Street, Suite 700
Chicago, Illinois 60603
(312) 263-7249 – Tel.
(312) 263-8193 – Fax
craig@muslin-sandberg.com

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that in accordance with FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

1. **Notice of Plaintiff's Motion for Leave to File an Additional Appearance and Leave to File Response to Attorneys', Richard P. Caro and Frederick R. Harbecke, Motions to Withdraw.**

was served pursuant to the district court's ECF system as to ECF filers.

      By:    s/Craig M. Sandberg
                CRAIG M. SANDBERG
                19 S. LaSalle Street, Suite 700
                Chicago, Illinois 60603
                (312) 263-7249