UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

S Jain, et al.

                                    Plaintiff,

v.                                                   Case No.: 1:17−cv−00002
                                                         Honorable Ronald A. Guzman

Butler Illinois School District 53, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 5, 2017:

      MINUTE entry before the Honorable Ronald A. Guzman: Motion hearing held on 10/5/2017. Attorneys Richard P. Caro and Fred R. Harbecke's motions for leave to withdraw as counsel for plaintiffs [150], [155] are granted without objection. Attorney Richard P. Caro's motion to file declaration as a sealed, confidential document [161] is granted. Attorney Craig M. Sandberg's motion for leave to file an additional appearance [163] is granted. Plaintiffs are granted leave to file an amended complaint on or before 10/19/2017. Absent that the case will be dismissed with prejudice. Attorney Richard P. Caro has an obligation to turn the file over to new counsel. Plaintiffs' counsel to submit a proposed order to the Court's proposed order inbox in accordance with the instructions found on the Court's website. Status hearing set 10/19/2017 is stricken and reset to 10/26/2017 at 09:00 AM. Attorney Richard P. Caro and Fredrick R. Harbecke terminated. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.