# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

S Jain, et al.

                                                      Plaintiff,

v.                                                        Case No.: 1:17−cv−00002
                                                                   Honorable Ronald A. Guzman

Butler Illinois School District 53, et al.

                                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 6, 2017:

      MINUTE entry before the Honorable Sidney I. Schenkier: In light of the district judge's order allowing lead counsel to withdraw and new counsel to appear, and granting plaintiff until 10/19/17 to file an amended complaint (doc. #[165]), the status hearing and the hearing on motions to quash and vacate subpoenas (doc. #'s [141], [146], [147]) before the magistrate judge set for 10/10/17 are RESET to 11/01/17 at 9:00 a.m. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.