# EXHIBIT 1

```
         IN THE CIRCUIT COURT OF THE 18TH JUDICIAL CIRCUIT
                       DUPAGE COUNTY, ILLINOIS


  S.G., minor child, by S. JAIN, their    )
  mother and next friend,                 )
                                          )
                       Plaintiff,         )
                                          )
      -vs-                                )  No. 16 MR 864
                                          )
  LOU PASKALIDES, in his official         )
  capacity, RAJIV ADVANI, in his official )
  capacity, LIZ CHUN, in her official     )
  capacity, TODD RUSTENBERG, in his       )
  official capacity, HITESH PATEL, in     )
  his official capacity, ALAN HANZLIK, in )
  his official capacity, ALAN KUMAR, in   )
  his official capacity, and BOARD OF     )
  EDUCATION OF BUTLER SCHOOL DISTRICT 53, )
                                          )
                       Defendants.        )
  ------------------------------------------
  A.J. and R.J., minor children, by RAHUL )
  JULKA, their father and next friend,    )
                                          )
                       Plaintiff,         )
                                          )
      -vs-                                )  No. 16 MR 674
                                          )
  LOU PASKALIDES, in his official         )
  capacity, RAJIV ADVANI, in his official )
  capacity, LIZ CHUN, in her official     )
  capacity, TODD RUSTENBERG, in his       )
  official capacity, HITESH PATEL, in     )
  his official capacity, ALAN HANZLIK, in )
  his official capacity, ALAN KUMAR, in   )
  his official capacity, and BOARD OF     )
  EDUCATION OF BUTLER SCHOOL DISTRICT 53, )
```

```
1            REPORT OF PROCEEDINGS had at the hearing
2   of the above-entitled cause, before the HONORABLE PAUL M.
3   FULLERTON, Judge of said Court, recorded on the DuPage
4   County Computer Based Digital Recording System, DuPage
5   County, Illinois, and transcribed by MARCIA MESSINA,
6   Certified Shorthand Official Court Reporter, commencing
7   on the 21st day of August, 2017.
8
9   PRESENT:
10       MS. S. JAIN,
11            appeared Pro Se;
12
         MR. RAHUL JULKA,
13
              appeared Pro Se;
14
15       ROBBINS, SCHWARTZ, NICHOLAS, LIFTON & TAYLOR, by
         MS. EMILY BOTHFELD,
16
              appeared on behalf of the Defendants.
17
18
19  ALSO PRESENT:
20           Mr. Nirmit Goel
             Ms. Komal Julka
21
22
23
24
```

*Marcia Messina, CSR #084-003955*

```
1          THE CLERK:  Line 5, Jain vs. Butler.
2          MS. BOTHFELD:  Good morning, Your Honor.  Emily
3    Bothfeld, B-O-T-H-F-E-L-D, on behalf of the Defendants.
4          THE COURT:  Okay.  All right.
5          MR. JULKA:  Good morning, Your Honor.
6          THE COURT:  Good morning.  Let me do it this
7    way:  With respect to 16 MR 674, that's the Julka case,
8    can I have your name for the record?
9          MR. JULKA:  Rahul Julka.
10         MS. JULKA:  Komal Julka.
11         THE COURT:  With respect to the 16 MR 864 case, that's
12   the Jain case, can I have your name for the record?
13         MS. JAIN:  S. Jain.
14         MR. GOEL:  Nirmit Goel, G-O-E-L.
15         THE COURT:  Okay.  And I know you both -- in both
16   cases you each introduce yourselves, but in each case
17   it's just one parent representing the minor child or
18   children.  Okay?  All right.  And this is for the
19   Court's ruling with respect to the motion to dismiss
20   that was filed by the school board and the school
21   district, basically, the Defendants, I should say; and
22   the motions to dismiss are exactly the same.  The reason
23   I -- These cases are not consolidated, but the rulings
24   with respect to each case is exactly the same.  Both of
```

1  these cases are administrative review cases in which the
2  Plaintiffs are asking the Court to determine whether the
3  school is within its authority to do what it did and
4  determine whether it was correct in its decision.  And
5  there's a specific standards of review that the Court
6  would apply in ruling on administrative reviews.
7           The school has now brought -- And I keep
8  saying the school.  I'm just going to refer to it as the
9  Defendants.  The Defendants have brought a motion to
10 dismiss both cases saying that the cases are moot
11 because the sanctions that they initially imposed have
12 been removed and repealed and that the school files for
13 each of the children referencing the sanctions or
14 restrictions have been also removed; so, therefore,
15 they're claiming it's moot.  What the Plaintiffs are
16 claiming is that it's not moot and that this Court is to
17 rule that the school -- or the Defendants' activities
18 were inappropriate and wrong.
19          The conclusion, basically, of the Defendants
20 is that -- The conclusions of the Defendants were that
21 the children were basically -- and what this Court finds
22 too is the children are being punished for the actions
23 of their parents.  In short, they are cheating
24 allegations.  And what the school is saying is that it

1   was the parents that were cheating; and, therefore, the
2   children are being punished.
3            I know you're saying no, but that's what I
4   have here.  You folks, as Plaintiffs, you're representing
5   your children.  You're not representing yourselves.
6   Neither of you are parties -- or none of you are parties
7   to this case.
8            MS. JAIN:  I'm a party to the case.
9            THE COURT:  You're not a party to the case.
10  You're representing -- You're filing on behalf of your
11  child.  You're not a party to this case.
12           MS. JAIN:  I was a party to this case.
13           THE COURT:  Well, you're not.  And your name is --
14           MS. JAIN:  S. Jain.
15           THE COURT:  S. Jain.  So --
16           MS. JAIN:  The sanctions have not been removed on me.
17           THE COURT:  Okay.
18           MS. JAIN:  They still remain.
19           THE COURT:  You're not a Plaintiff in this case.
20  Do you understand that?  You sued on behalf of your
21  child, S.G., minor child by S. Jain, their mother and
22  next friend.  That's how the lawsuits are.  You're not a
23  Plaintiff in this case.
24           And you're not a Plaintiff in this case.  The

*Marcia Messina, CSR #084-003955*

1    children are the Plaintiffs.  And the school has removed

2    whatever sanctions were against the children and

3    redacted or removed from the children's records whatever

4    those restrictions were; so, therefore, the case is moot

5    and I'm going to grant the motion.  If you folks believe

6    you have actions against the school, those are different

7    than what this Court would do as an administrative

8    review.  Okay?  So I'm going to grant the motion.  I'm

9    dismissing the case as moot, and it's with prejudice.

10    Okay?  So I need you to enter an order on both of those.

11         MS. JAIN:  Your Honor, did you see --

12         MS. BOTHFELD:  Thank you, Your Honor.

13         MS. JAIN:  -- the most recent newspaper article of

14    August 7th?

15         THE COURT:  I've ruled and that's it.

16         MS. JAIN:  Is there --

17         THE COURT:  So you need --

18         MS. JAIN:  Can we get a seal and protect on the

19    case since it involves minor children and there will be

20    heavy defamation now after this ruling?

21         THE COURT:  That's not -- I've already ruled on

22    the case.  What you're asking is not before the Court.

23    If you believe --

24         MS. JAIN:  A seal and protect order?

*Marcia Messina, CSR #084-003955*

```
 1        THE COURT:  If you believe you have actions
 2   against the school board or any of these Defendants,
 3   that's a different scenario.  Okay?
 4        MS. JAIN:  So how do we request a seal and protect
 5   for the protection of the children?
 6        THE COURT:  I'm not going to give you any legal
 7   advice one way or another.  I'd give you practical
 8   advice, but I'm not even going to go down that road.  So
 9   enter an order.
10        MS. JAIN:  How about a suppression order for the
11   public media?
12        THE COURT:  You need to -- We're done.  I've ruled.
13        MS. BOTHFELD:  There are pending motions by both
14   Plaintiffs to supplement their response to the --
15        THE COURT:  Those are all moot.
16        MS. BOTHFELD:  Okay.
17        THE COURT:  And they're all ...
18        MS. BOTHFELD:  All right.
19        THE COURT:  Okay?
20        MS. BOTHFELD:  Thank you.
21        MR. JULKA:  Thank you.
22        THE COURT:  All right.
23                    (Which were all of the proceedings had
24                     in the above-entitled matter.)
```

*Marcia Messina, CSR #084-003955*

```
1      IN THE CIRCUIT COURT OF THE 18TH JUDICIAL CIRCUIT
2                    DUPAGE COUNTY, ILLINOIS
3
4
5           I, MARCIA MESSINA, hereby certify that I am a
6      Certified Shorthand Official Court Reporter, assigned to
7      transcribe the computer based digital recording of
8      proceedings had of the above-entitled cause,
9      Administrative Order No. 99-12, and Local Rule 1.03(b).
10     I further certify that the foregoing, consisting of
11     Pages 1 to 8, inclusive, is a true and accurate
12     transcript completed to the best of my ability, based
13     upon the quality of the audio recording.
14
15
16
17
18
19
20                   _Marcia Messina_
                _____
21                 Official Court Reporter
                Eighteenth Judicial Circuit of Illinois
22                      DuPage County
23
24
```

*Marcia Messina, CSR #084-003955*