# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| S. JAIN, for herself, and as parent of and for her son "A", a minor, ) ) ) Plaintiff, ) ) vs. ) ) BUTLER SCHOOL DISTRICT 53, *et al.*, ) ) Defendants. ) | Case No. 1:17-cv-0002<br><br>Hon. Ronald A. Guzmán,<br>Judge Presiding. |

### PLAINTIFF'S MOTION TO REMOVE DOCUMENT FROM ELECTRONIC CASE FILING (ECF) SYSTEM

**NOW COMES** the plaintiff, S. Jain, for herself, and as parent of and for her son "A", a minor, by her attorneys, Muslin & Sandberg, through Craig M. Sandberg, moves this Honorable Court to remove a certain document from the Electronic Case Filing (ECF) System. In support thereof, the plaintiff states as follows:

1. On February 22, 2018, the plaintiff filed her Notarized "Affidavit of S. Jain"; Exhibit 3 to Plaintiffs' Local Rule 56.1(b)(3) Response to Defendants' Joint Rule 56.1(a)(3) Statement of Material Facts and Local Rule 56.1(b)(3)(c) Statement of Additional Facts Requiring the Denial of Defendants' Motions for Summary Judgment. (DE 269)[1]

2. Upon further review, plaintiff's counsel discovered that this court filing contains a personal identifier of the party that should have been removed from the court record. Plaintiff immediately filed this motion requesting the subject document be removed or otherwise deleted from the court record by order of the court.

---

[1] Citations made to the docket will be denoted as "DE ____."

**WHEREFORE**, for the reasons set forth above, Plaintiff prays for entry of order of court directing the Clerk of Court to remove or otherwise delete from the Electronic Case Filing (ECF) System the following document: Document #269.

Respectfully submitted,

MUSLIN & SANDBERG

By: /s/Craig M. Sandberg
     CRAIG M. SANDBERG
     19 S. LaSalle Street, Suite 700
     Chicago, Illinois 60603
     (312) 263-7249 – Tel.
     (312) 263-8193 – Fax
     craig@muslin-sandberg.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

**1. Motion to Remove Document from Electronic Case Filing (ECF) System.**

were served pursuant to the district court's ECF system as to ECF filers.


By: /s/Craig M. Sandberg
CRAIG M. SANDBERG