# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| S. Jain, for herself, and as parent of and for her son "A', a minor, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 17-cv-00002 |
| v. | ) ) | Honorable Ronald A. Guzman |
| Butler School District 53, et al., | ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO: S. Jain, fedlawsuit@gmail.com

PLEASE TAKE NOTICE that on the 30th day of May, 2019; I have filed with the Clerk of the U.S. District Court using the CM/ECF System, **Defendants' Reply In Support of Bill of Costs**, a copy of which is attached hereto.

/s/ Darcy L. Proctor_____
One of the Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, Darcy L. Proctor, an attorney, certify that I electronically filed this **Defendants' Reply In Support of Bill of Costs**, VIA the ECF system this 30th day of May, 2019. Notice of this electronic filing will be sent to the above named attorney through the Court's CM/ECF electronic filing system on the 30th day of May, 2019.

/s/ Darcy L. Proctor_____

**Darcy L. Proctor – ARDC #6199731**
dlproctor@wmlaw.com
**Rachel S. Nevarez- ARDC #6309408**
rsnevarez@wmlaw.com
**WIEDNER & McAULIFFE, LTD.**
**One N. Franklin St., Suite 1900**
**Chicago, Illinois 60606**
**Telephone: (312) 855-1105**
**Facsimile: (312) 855-1792**